```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Sharon M. Muncey,

      Plaintiff,

    v.                              Case No. 2:15-cv-893

Carolyn W. Colvin,
Acting Commissioner of
Social Security,

      Defendant.

ORDER

    This matter is before the court for consideration of the January 12, 2016, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b).  The magistrate judge recommended that the decision of the Commissioner be affirmed and that this action be dismissed.

    The report and recommendation specifically advised the parties that failure to object to the Report and Recommendation within fourteen days "will result in a waiver of the right to have the district judge review the Report and Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation."  Doc. 21, pp. 12-13.  The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

    The court has reviewed the report and recommendation of the magistrate judge, and the court hereby adopts the report and recommendation (Doc. 19).  Plaintiff's statement of errors is overruled.  The decision of the Commissioner is affirmed, and this action is dismissed.  The clerk is directed to enter judgment in

favor of the Commissioner of Social Security.

    It is so ordered.

Date: February 1, 2016           <u>       s/James L. Graham     </u>
                                         James L. Graham
                                         United States District Judge